IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 25- |
| v. | : | DATE FILED: March 13, 2025 |
| AMRIDDIN ABDUMALIKZODA | : | VIOLATIONS: |
| | : | 8 U.S.C. § 1324(a)(1)(A)(i), (a)(2)(B)(ii) (attempt to bring an alien to the United States for private financial gain) |
| | : | 8 U.S.C. § 1324(a)(1)(A)(v)(I), (a)(2)(B)(ii) (conspiracy to bring aliens to the United States for private financial gain) |

## INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES THAT:

From on or about April 24, 2024 to on or about October 5, 2024, in the Eastern District of Pennsylvania and elsewhere, defendant

**AMRIDDIN ABDUMALIKZODA,**

for the purpose of private financial gain, attempted to bring an alien, that is, Person 1, whose identity is known to the grand jury, to the United States in any manner whatsoever, at a place other than a designated port of entry or place other than as designated by the Commissioner, knowing that Person 1 was an alien, regardless of whether Person 1 had received prior official authorization, to come to, enter, or reside in the United States and regardless of any future official action which may be taken with respect to Person 1.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i), (a)(2)(B)(ii).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

From on or about March 26, 2023 to on or about March 3, 2025, in the Eastern District of Pennsylvania and elsewhere, defendant

### AMRIDDIN ABDUMALIKZODA

conspired and agreed with persons known and unknown to the grand jury, for the purpose of private financial gain, to bring and attempt to bring aliens to the United States in any manner whatsoever, at a place other than a designated port of entry or place other than as designated by the Commissioner, knowing that these persons are aliens, regardless of whether such aliens have received prior official authorization, to come to, enter, or reside in the United States, and regardless of any future official action which may be taken with respect to such aliens, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

### MANNER AND MEANS

It was part of the conspiracy that:

1.  Defendant **AMRIDDIN ABDUMALIKZODA** received referrals from Co-Conspirator #1, known to the grand jury, to smuggle illegal aliens into the United States.

2.  Defendant **AMRIDDIN ABDUMALIKZODA** conspired with persons

known and unknown to obtain visas that would enable illegal aliens to travel to Mexico.

    3.    Defendant **AMRIDDIN ABDUMALIKZODA** and Co-Conspirator #1 solicited and received funds from, and/or on behalf of, illegal aliens as payment for smuggling the illegal aliens into the United States.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I), (a)(2)(B)(ii).

**A TRUE BILL:**

████████ ON

_/s/ for_

**DAVID METCALF**
**UNITED STATES ATTORNEY**

3

No. _ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**
Eastern District of Pennsylvania
Criminal Division

THE UNITED STATES OF AMERICA

vs.

AMRIDDIN ABDUMALIKZODA

**INDICTMENT**
Counts

8 U.S.C. § 1324(a)(1)(A)(v)(II) and (a)(2)(B)(ii) (attempt to bring aliens to the United States for private financial gain) – 1 count

8 U.S.C. § 1324(a)(1)(A)(v)(I) and (a)(2)(B)(ii) (conspiracy to bring aliens to the United States for private financial gain) – 1 count



Filed in op___
Of ___ day,

Bail, $ _____